ACCEPTED
03-15-00262-CV
7467477
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/21/2015 9:26:58 AM
JEFFREY D. KYLE
CLERK

# No. 3-15-00262-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/21/2015 9:26:58 AM
JEFFREY D. KYLE
Clerk

*In the Court of Appeals*
*Third District of Texas — Austin*

**TEXAS ASSOCIATION OF ACUPUNCTURE AND ORIENTAL MEDICINE,**

*Appellant,*

**v.**

**TEXAS BOARD OF CHIROPRACTICE EXAMINERS AND YVETTE YARBROUGH, EXECUTIVE DIRECTOR IN HER OFFICIAL CAPACITY,**

*Appellees.*

*On Appeal from 201st District Court, Travis County, Texas*
*Cause No. D-1-GN-14-000355*

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Craig T. Enoch
Melissa A. Lorber
Shelby O'Brien
**ENOCH KEVER PLLC**
600 Congress Avenue, Suite 2800
Austin, Texas 78701
(512) 615-1200 / (512) 615-1198 fax

*Attorneys for Appellant*

1

Appellant Texas Association of Acupuncture and Oriental Medicine files this unopposed motion seeking a 20-day extension of time to file its reply brief. *See* TEX. R. APP. P. 38.6(d). Appellant's current deadline to file its brief is October 29, 2015. Appellant seeks an extension to a new deadline of November 18, 2015. No prior extensions have been requested. Counsel for appellees does not oppose this motion.

Appellant requests this extension to allow its counsel an opportunity to fully analyze and respond to appellees' brief. Counsel also has conflicting deadlines in this Court, the Texas Supreme Court, other appellate courts, and trial courts. This extension is sought in the interest of justice and not for purposes of delay.

## **PRAYER**

Appellant Texas Association of Acupuncture and Oriental Medicine respectfully prays that this Court grant this extension of time for filing its reply brief until November 18, 2015, and award it all further relief to which it may be justly entitled.

Respectfully submitted,

By: /s/ Craig T. Enoch
    Craig T. Enoch
      Texas Bar No. 00000026
      cenoch@enochkever.com
    Melissa A. Lorber
      Texas Bar No. 24032969
      mlorber@enochkever.com
    Shelby O'Brien
      Texas Bar No. 24037203
      sobrien@enochkever.com
    ENOCH KEVER PLLC
    600 Congress Avenue
    Suite 2800
    Austin, Texas 78701
    512.615.1200 Telephone
    512.615.1198 Fax

**Attorneys for Texas Association of Acupuncture and Oriental Medicine**

## CERTIFICATE OF CONFERENCE

As evidenced by my signature below, counsel for Appellant has conferred with counsel for Appellees. Appellees do not oppose this Motion.

/s/ Shelby O'Brien
Shelby O'Brien

3

## CERTIFICATE OF SERVICE

I hereby certify that, on October 21, 2015, the foregoing Appellant's Unopposed Motion for Extension of Time to file Appellant's brief served via electronic service on the following:

Joe H. Thrash
Assistant Attorney General
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711
Joe.Thrash@texasattorneygeneral.gov


/s/ *Craig T. Enoch*
Craig T. Enoch